IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KRISTIN MCCARROLL, On Behalf of Herself and All Others Similarly Situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JJMB OPERATING LLC d/b/a UNIÓN MESA a/k/a UNIÓN MESA RESTAURANT & CANTINA,**<br><br>*Defendant*. | **COLLECTIVE ACTION**<br><br>**CASE NO. 6:24-cv-00139-SPS**<br><br>**MAGISTRATE JUDGE SHREDER**<br><br>**JURY DEMAND** |

### PLAINTIFF'S UNOPPOSED MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT

On December 17, 2024, the parties participated in a day-long, in-person mediation with mediator Dennis Clifford, which resulted in the parties entering into a binding, written Mediated Settlement Agreement (the "Settlement") in this matter, subject to Court approval. Plaintiff now moves the Court to approve the Parties' Settlement as a fair and reasonable settlement of *bona fide* disputes under the FLSA. The Parties' Mediated Settlement Agreement is attached hereto as Exhibit 1. For the reasons set forth in the Memorandum in Support submitted herewith, the Settlement should be approved. This Motion is unopposed.[1]

A proposed order granting this relief is attached hereto.

Date: January 27, 2025                    Respectfully submitted,

/s/ Joshua A. Frank
**DAVID W. GARRISON (TN Bar No. 24968)\***
**JOSHUA A. FRANK (TN Bar No. 33294)\***
**NICOLE A. CHANIN (TN Bar No. 040239)\***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North

---

[1] Defendant did not draft any portion of Plaintiff's Unopposed Motion or the supporting Memorandum. However, Defendant agrees that the parties' Settlement is fair and reasonable.

2

Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**BRANDON J. BURTON**
**MICHAEL P. HILL**
Burton Law Group, P.C.
308 N.W. 13th, Ste. 100
Oklahoma City, OK  73103
Telephone: (800) 257-5533
Facsimile: (405) 232-0555
brandon@burtonlaw.com
mike@burtonlaw.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this *Plaintiff's Unopposed Motion to Approve Fair Labor Standards Act Settlement* was filed electronically with the Clerk's office by using the CM/ECF system on January 27, 2025, and will be served upon the Defendants via the CM/ECF filing system as indicated below:

**SCOTT GRIFFITH**
**JASON L. CAGLE**
**ERIN EILEEN FRY**
Griffith Davison, PC
13737 Noel Rd, Ste 1200
Dallas, TX 75240-1335
972-392-8900
972-392-8901 (fax)
sgriffith@griffithdavison.com
jcagle@griffithdavison.com
efry@griffithdavison.com

**KIMBERLY LAMBERT LOVE**
**ASHLEY F. VINSON**
Titus Hillis Reynolds Love
15 E Fifth St, Ste 3700
Tulsa, OK 74103-4334
918-587-6800
918-587-6822 (fax)
klove@titushillis.com
avinson@titushillis.com

*Attorneys for Defendants*

                                              /s/ Joshua A. Frank
                                           **JOSHUA A. FRANK**
                                           BARRETT JOHNSTON
                                               MARTIN & GARRISON, PLLC