IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTIN MCCARROLL, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| JJMB OPERATING LLC d/b/a UNIÓN MESA a/k/a UNIÓN MESA RESTAURANT & CANTINA, | ) ) ) ) ) |
| *Defendant.* | ) ) |

| |
|---|
| COLLECTIVE ACTION |
| CASE NO. CIV-24-139-SPS |
| MAGISTRATE JUDGE SHREDER |
| JURY DEMAND |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on Plaintiffs' Unopposed Motion to Approve Fair Labor Standards Act Settlement (Dkt. 62). The Motion is **GRANTED**. The Court finds that the Mediated Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act as set forth in Plaintiffs' Unopposed Motion and supporting Memorandum. Accordingly, the parties' Mediated Settlement Agreement is **APPROVED** and the Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Entered this 5th day of March, 2025.

_____
**STEVEN P. SHREDER**
**United States Magistrate Judge**